■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELLY FITZGERALD, Appellant. — Appeal by defendant, as limited by her motion, from a sentence of the County Court, Nassau County (Boklan, J.), imposed August 22, 1984.

Sentence affirmed. No opinion.

This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (5). Mollen, P. J., Thompson, Bracken and Rubin, JJ., concur.